1 Charles D. Oren, Esq. #103038
  Law Offices of Jeffrey Milam
2 P.O. Box 26360
  Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

7        IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

10 Michael Heath                )
                                )  1:07-CV-312 LJO TAG
11                              )
          Plaintiff,            )  STIPULATION AND ORDER TO DISMISS
12                              )
   vs.                          )
13                              )
   Commissioner of Social       )
14 Security,                    )
                                )
15        Defendant.            )
   _____)

   IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on February 26, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

          Dated: November 27, 2007        /s/ Charles D. Oren

                                          CHARLES D. OREN, ESQ.
                                          Attorney for Plaintiff

          Dated: November 27, 2007
                                          MCGREGOR SCOTT
                                          United States Attorney

                                          By: /s/ Jacqueline A. Forslund
                                          (as authorized via facsimile)
                                          JACQUELINE A. FORSLUND
                                          Assistant U.S. Attorney

1     IT IS SO ORDERED.

2   **Dated:**   **November 28, 2007**            **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE